| United States Bankruptcy Court<br>Northern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Don Todd Associates, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**22-2173670** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1611 Telegraph Ave**<br>**Oakland, CA**<br>ZIP Code **94612** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Alameda** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☑ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☑ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | ***Don Todd Associates, Inc.*** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  *- None -* | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: *- None -* | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ |
| | Signature of Attorney for Debtor(s)              (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | ***Don Todd Associates, Inc.*** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** ***/s/ Eric A. Nyberg***
Signature of Attorney for Debtor(s)

***Eric A. Nyberg 131105***
Printed Name of Attorney for Debtor(s)

***Kornfield, Nyberg, Bendes & Kuhner, PC***
Firm Name

***1970 Broadway, Ste 225***
***Oakland, CA 94612***

_____
Address

***(510) 763-1000 Fax: (510) 273-8669***
Telephone Number

***August 24, 2012***
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** ***/s/ Roosevelt Hattin***
Signature of Authorized Individual

***Roosevelt Hattin***
Printed Name of Authorized Individual

***President***
Title of Authorized Individual

***August 24, 2012***
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of California

In re    **Don Todd Associates, Inc.**                  ,     Case No. _____

                                    Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 15,184.19 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 273,617.75 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 5 | | 361,043.98 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 42 | | 2,684,795.79 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 55 | | | |
| Total Assets | | | 15,184.19 | | |
| Total Liabilities | | | | 3,319,457.52 | |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re    **Don Todd Associates, Inc.**                    ,

Debtor

Case No. _____

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

In re   **Don Todd Associates, Inc.**                       ,       Case No. _____

                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *None* | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | *0.00* | (Total of this page) |
| Total > | *0.00* | |

   __0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                      Best Case Bankruptcy

In re   **Don Todd Associates, Inc.**              ,       Case No. _____

                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Summit Bank** **Checking XXX6363** | - | 84.19 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                       Sub-Total >       **84.19**
                                           (Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                 Best Case Bankruptcy

In re   **Don Todd Associates, Inc.**       ,     Case No. _____

<div align="center">Debtor</div>

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable Detroit Housing Commission $7000/month** | - | 12,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Possible Worker's Compensation Refund from CNA Insurance** | - | *Unknown* |

<div align="right">

Sub-Total >      12,000.00

(Total of this page)
</div>

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re __Don Todd Associates, Inc.__ , Case No. _____

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | *Misc business equipment Includes, computers, servers, plotters, printers and desks* | - | *3,100.00* |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | *3,100.00* |
| (Total of this page) | |
| Total > | *15,184.19* |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re  **Don Todd Associates, Inc.**                                    ,    Case No. _____

                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxxxxx4985** | | | | | 6/28/2011 | | | | | |
| **California Bank and Trust** **300 Lakeside Dr, 8th Floor** **Oakland, CA 94612** | X | - | | | **UCC-1 Financing Statement** | | | | | |
| | | | | | Value $                        **0.00** | | | | **22,075.75** | **22,075.75** |
| Account No. | | | | | | | | | | |
| **California Bank & Trust** **c/o Martin David Goodman** **456 Montgomery St, Ste 1300** **San Francisco, CA 94104** | | | | | **Also Notify:** **California Bank and Trust** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | 1/25/2010 | | | | | |
| **De Lage Landen Financial Services** **c/o Hemar, Rousso & Heald, LLP** **15910 Ventura Blvd, 12th Floor** **Encino, CA 91436-2802** | | - | | | **Judgment lien** | | | | | |
| | | | | | Value $                        **0.00** | | | | **164,000.00** | **164,000.00** |
| Account No. | | | | | 5/6/2010 | | | | | |
| **Gonzalo A Galindo** **8918 Majorca Bay Dr** **Lake Worth, FL 33467-6926** | | - | | | **Judgment Lien** | | | | | |
| | | | | | Value $                        **0.00** | | | | **30,000.00** | **30,000.00** |

   _1_   continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| **216,075.75** | **216,075.75** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

In re **Don Todd Associates, Inc.** , Case No. _____
                                                                   Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 7/6/2009 | | | | | |
| **Lyon Financial Services, Inc. DBA USBankcorp Manifest Funding 1450 Channel Parkway Marshall, MN 56258** | - | | **Judgment lien** | | | | | |
| | | | Value $       *0.00* | | | | **33,714.00** | **33,714.00** |
| Account No. **xxxxxxxxxx0038** | | | 2/7/2012 | | | | | |
| **State of New York Albany County Clerk County Court House, Rm 128 16 Eagle Street Albany, NY 12207** | - | | **Judgment lien** **State Tax Warrant** | | | | | |
| | | | Value $       *0.00* | | | | **1,370.00** | **1,370.00** |
| Account No. **xxxxxxxxxx0043** | | | 2/7/2012 | | | | | |
| **State of New York Albany County Clerk County Court House, Rm 128 16 Eagle Street Albany, NY 12207** | - | | **Judgment** **State Tax Warrant** | | | | | |
| | | | Value $       *0.00* | | | | **22,458.00** | **22,458.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet ___1___ of ___1___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **57,542.00** | **57,542.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **273,617.75** | **273,617.75** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

.

In re   **Don Todd Associates, Inc.**                                  ,    Case No. _____

                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

____ continuation sheets attached

In re __Don Todd Associates, Inc._____,  Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. *xx-xxxxxx-xx-xx9-07-0* <br><br> **Alameda County Tax Collector** <br> **Donald R. White** <br> **1221 Oak St, Rm 13** <br> **Oakland, CA 94612** | - | | 2007 | | | | 387.77 | 0.00 <br><br> 387.77 |
| Account No. *xxxxxxxxxx1001* <br><br> **Commonwealth of Kentucky** <br> **Division of Collections** <br> **PO Box 491** <br> **Frankfort, KY 40602** | - | | 12/31/2008 <br><br> **tax withholding** | | | | 3,781.23 | 0.00 <br><br> 3,781.23 |
| Account No. <br><br> **Commonwealth of Pennsylvania** <br> **Dept. of Rev/Bur of Corp Taxes** <br> **Harrisburg, PA 17128-0701** | - | | 2007 | | | | 3,289.00 | 0.00 <br><br> 3,289.00 |
| Account No. *xxxxxxx5750* <br><br> **Employment Development Dept** <br> **MIC 92E** <br> **PO Box 826880** <br> **Sacramento, CA 94280-0001** | - | | 9/29/2010 <br><br> **State tax lien** | | | | 0.00 | 0.00 <br><br> 0.00 |
| Account No. *xxxx01-04* <br><br> **Georgia Department of Labor** <br> **Sussex Place, Room 752** <br> **148 A Young International Blvd NE** <br> **Atlanta, GA 30303-1751** | - | | 2008 | | | | 276.38 | 0.00 <br><br> 276.38 |

Sheet __1__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)  | 0.00 |
| 7,734.38 | 7,734.38 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

In re **Don Todd Associates, Inc.** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

*Taxes and Certain Other Debts*
*Owed to Governmental Units*

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. *xx-xxx3670* <br><br> **Internal Revenue Service** <br> **Special Procedures Branch** <br> **Bankruptcy Section/Mail Code 1400S** <br> **1301 Clay St.** <br> **Oakland, CA 94612-5210** | - | | *June 30, 2011* | | | | 44,026.95 | 0.00 <br><br> 44,026.95 |
| Account No. *xx-xxx3670* <br><br> **Internal Revenue Service** <br> **Special Procedures Branch** <br> **Bankruptcy Section/Mail Code 1400S** <br> **1301 Clay St.** <br> **Oakland, CA 94612-5210** | - | | *9/30/2011* | | | | 22,791.16 | 0.00 <br><br> 22,791.16 |
| Account No. *xx-xxx3670* <br><br> **Internal Revenue Service** <br> **Special Procedures Branch** <br> **Bankruptcy Section/Mail Code 1400S** <br> **1301 Clay St.** <br> **Oakland, CA 94612-5210** | - | | *3/31/2011* | | | | 50,399.16 | 0.00 <br><br> 50,399.16 |
| Account No. *xx-xxx3670* <br><br> **Internal Revenue Service** <br> **Special Procedures Branch** <br> **Bankruptcy Section/Mail Code 1400S** <br> **1301 Clay St.** <br> **Oakland, CA 94612-5210** | - | | *12/31/2010* | | | | 32,924.86 | 0.00 <br><br> 32,924.86 |
| Account No. *xx-xxx3670* <br><br> **Internal Revenue Service** <br> **Special Procedures Branch** <br> **Bankruptcy Section/Mail Code 1400S** <br> **1301 Clay St.** <br> **Oakland, CA 94612-5210** | - | | *-/30/2010* | | | | 42,356.30 | 0.00 <br><br> 42,356.30 |

Sheet __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 192,498.43 | 192,498.43 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

In re   **Don Todd Associates, Inc.** _____,   Case No. _____

                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx3670** <br><br> **Internal Revenue Service Special Procedures Branch Bankruptcy Section/Mail Code 1400S 1301 Clay St. Oakland, CA 94612-5210** | - | | **6/30/2010** | | | | **141,071.82** | **0.00** <br><br> **141,071.82** |
| Account No. **xx-xxx3670** <br><br> **Internal Revenue Service Special Procedures Branch Bankruptcy Section/Mail Code 1400S 1301 Clay St. Oakland, CA 94612-5210** | - | | **8/30/2010** | | | | **388.31** | **0.00** <br><br> **388.31** |
| Account No. **xxxxxxxx1200** <br><br> **Louisiana Dept of Revenue PO Box 201 Baton Rouge, LA 70821-0201** | - | | **2001** | | | | **758.86** | **0.00** <br><br> **758.86** |
| Account No. **x-xxx-xx3-670** <br><br> **New Jersey Dept of Labor & Workforce PO Box 929 Trenton, NJ 08646-0929** | - | | **12/2006** | | | | **271.07** | **0.00** <br><br> **271.07** |
| Account No. **xxx-xxx9-STE** <br><br> **New Jersey Dept of Labor & Workforce PO Box 389 Trenton, NJ 08625-0389** | - | | **4/21/2009** | | | | **13,547.71** | **0.00** <br><br> **13,547.71** |

Sheet __3__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal **0.00**

(Total of this page) **156,037.77** | **156,037.77**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

In re __Don Todd Associates, Inc._____,  Case No. _____

_____Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

<table>
<tr><td></td><td colspan="7" align="right">Taxes and Certain Other Debts<br>Owed to Governmental Units<br><br>TYPE OF PRIORITY</td></tr>
</table>

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xxxx670 4**<br><br>**New York Dept of Labor-UI Division**<br>**PO Box 15012**<br>**Albany, NY 12212-5012** | - | | 2008 | | | | 1,938.00 | 0.00 / 1,938.00 |
| Account No. **xx4223**<br><br>**State of Nevada**<br>**Dept of ET&R**<br>**Employment Security Division**<br>**500 East Third St**<br>**Carson City, NV 89713-0030** | - | | 2008 | | | | 2,835.40 | 0.00 / 2,835.40 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet __4__ of __4__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00<br>4,773.40 / 4,773.40 |
| | Total (Report on Summary of Schedules) | 0.00<br>361,043.98 / 361,043.98 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

In re   **Don Todd Associates, Inc.** _____ ,   Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **A T & T** <br> **P.O. BOX 78225** <br> **Phoenix, AZ 85062** | | - | *2007* <br> *SERVICE* | | | | 204.91 |
| Account No. <br><br> **A/E Consultants Information Network** <br> **P.O. Box 417816** <br> **Sacramento, CA 95841** | | - | *2009* | | | | 1,750.00 |
| Account No. **x6214** <br><br> **AAA Business Supplies and Interiors** <br> **325 Mendell Street** <br> **San Francisco, CA 94124** | | - | *7/18/2008* | | | | 1,808.30 |
| Account No. <br><br> **ABL Financial Services** <br> **P.O. Box 446** <br> **Cool, CA 95614** | | - | *2007* | | | | 1,372.75 |

__41__   continuation sheets attached

Subtotal
(Total of this page)   **5,135.96**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com   S/N:27103-120806   Best Case Bankruptcy

In re **Don Todd Associates, Inc.** ,        Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Acevado, Jocelyn** <br> **3855 Carter Drive #302** <br> **South San Francisco, CA 94080** | - | | **2010** <br> **Retro Pay** | | | | **700.81** |
| Account No. **xxxxxx-0002** <br><br> **Aetna** <br> **P.O. Box 601050** <br> **Pasadena, CA 91189** | - | | **2009** | | | | **7,356.76** |
| Account No. **xxxxxx-0003** <br><br> **Aetna** <br> **P.O. Box 601050** <br> **Pasadena, CA 91189** | - | | **2009** | | | | **60,437.28** |
| Account No. <br><br> **Aetna** <br> **P.O. Box 6011034** <br> **Attn: ALIC** <br> **Pasadena, CA 91189** | - | | **2009** | | | | **8,828.60** |
| Account No. <br><br> **Aetna** <br> **P.O. Box 6011034** <br> **Attn: ALIC** <br> **Pasadena, CA 91189** | - | | **2009** | | | | **12,202.35** |

Sheet no. _1_ of _41_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **89,525.80**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

In re **Don Todd Associates, Inc.** ,                    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. Aicco, Inc. c/o Harold Glassberg 425 California St, Ste 850 San Francisco, CA 94104 | | - | | 6/9/2010 Civil Judgment | | | | 10,194.93 |
| Account No. xx-xxx-xx2586 AICCO, Inc. Department 7615 Los Angeles  90084 | | - | | 2009 | | | | 22,678.64 |
| Account No. Alder Associates, Inc. PO Box 133 Lafayette Hill, PA 19444 | | - | | 4/29/2010 | | | | 298,920.00 |
| Account No. Alex McClendon Jr. 1131 Astoria lane Peachtree City, GA 30269 | | - | | 2007 Unreimbursed expenses | | | | 273.05 |
| Account No. Allstate Realty Associates Citibank Building 5420-13th Avenue Brooklyn, NY 11219 | | - | | 2007 | | | | 31,741.77 |

Sheet no. __2__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

363,808.39

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **Don Todd Associates, Inc.** ,                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | 2007 | | | | |
| Alonso, Andalkar & Kahn, P.C. Attorneys at Law 920 Broadway New York, NY 10010 | | | | | | | | 1,937.50 |
| Account No. | | - | | 2008 | | | | |
| American Arbitration Association 950 Warren Avenue East Providence, RI 02914 | | | | | | | | 6,300.00 |
| Account No. | | - | | 2007 | | | | |
| American Public Works Association P.O. BOx 802296 Kansas City, MO 64180 | | | | | | | | 321.00 |
| Account No. | | - | | 2010 Unreimbursed expenses | | | | |
| Anthony Harley 16 Parkhill Lane Sicklerville, NJ 08081 | | | | | | | | 3,261.90 |
| Account No. x6210 | | - | | 2009-2012 Rent | | | | |
| Arizona Assemblies of God 2601 E. Thomas Road Ste. 210 Phoenix, AZ 85016 | | | | | | | | 21,011.76 |

Sheet no. __3__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          32,832.16

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re **Don Todd Associates, Inc.** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Arnold Vicidomini, Jr** <br> **71 West Granada** <br> **Brick, NJ 08724** | - | | | **2007-2010** <br> **Unreimbursed expenses** | | | | **17,768.63** |
| Account No. **xxxxxx9008** <br><br> **Arrowhead Direct** <br> **P.O. Box 856158** <br> **Louisville, KY 40285** | - | | | **2011** | | | | **63.94** |
| Account No. <br><br> **Asian & Hispanic Trading and Consulting** <br> **172 Madison Ave., Suite 504** <br> **New York, NY 10016** | - | | | **2007** <br> **Office Supplies** | | | | **341.39** |
| Account No. **xxxxx2955** <br><br> **Aspen Publishers** <br> **4829 Innovation Way** <br> **Chicago, IL 60682** | - | | | **2008** | | | | **234.72** |
| Account No. **xxx xxx-0778** <br><br> **AT&T** <br> **Payment Center** <br> **Sacramento, CA 95887** | - | | | **2012** | | | | **237.98** |

Sheet no. __4__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**18,646.66**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

In re **Don Todd Associates, Inc.** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx xxx-1007** | | | | 2010 | | | | |
| **AT&T** **Payment Center** **Sacramento, CA 95887** | | - | | | | | | 115.87 |
| Account No. **xxx xxx 6973** | | | | 2007 | | | | |
| **AT&T** **Payment Center** **Sacramento, CA 95887** | | - | | | | | | 114.07 |
| Account No. **xxx xxx-8200** | | | | 2008 | | | | |
| **AT&T** **Payment Center** **Sacramento, CA 95887** | | - | | | | | | 572.13 |
| Account No. **xxx xxx 6977** | | | | 2007 | | | | |
| **AT&T** **Payment Center** **Sacramento, CA 95887** | | - | | | | | | 52.18 |
| Account No. | | | | 2010 | | | | |
| **AT&T** **Payment Center** **Sacramento, CA 95887** | | - | | | | | | 348.15 |

Sheet no. __5__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 1,202.40

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re **Don Todd Associates, Inc.** , Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxx-0011**<br><br>**AT&T**<br>**Payment Center**<br>**Sacramento, CA 95887** | | - | | **2006-2007** | | | | **2,542.97** |
| Account No.<br><br>**AT&T**<br>**Payment Center**<br>**Sacramento, CA 95887** | | - | | **2010** | | | | **190.68** |
| Account No.<br><br>**AT&T**<br>**Payment Center**<br>**Sacramento, CA 95887** | | - | | **2010** | | | | **329.89** |
| Account No.<br><br>**Aubee, Arnold**<br>**273 Morning Glory Drive**<br>**Monroe Township, NJ 08831** | | - | | **2006-2007**<br>**Expense Report** | | | | **516.56** |
| Account No. **xxx3081**<br><br>**Avaya Financial Services**<br>**P.O. Box 93000**<br>**Chicago, IL 60673** | | - | | **2006-2007** | | | | **24,424.82** |

Sheet no. _6_ of _41_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **28,004.92**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

In re **Don Todd Associates, Inc.** , Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx3193** | | | 2006-2009 | | | | | |
| **Avaya, Inc.** **P.O. Box 5125** **Carol Stream, IL 60197** | - | | | | | | | 21,581.79 |
| Account No. | | | 2009 | | | | | |
| **Balasta, Adelmar** **1758 10th Avenue, #5** **San Francisco, CA 94122** | - | | | | | | | 40.64 |
| Account No. | | | 2007-2008 | | | | | |
| **Banc of America Leasing** **Lease Administration Center** **P.O. Box 371992** **Pittsburgh, PA 15250** | - | | | | | | | 2,923.05 |
| Account No. **xxxxx-x9999** | | | 2008-2012 | | | | | |
| **Bank of America** **P.O. Box 17054** **Wilmington, DE 19850** | - | | | | | | | 588.47 |
| Account No. **xxxx-xxxx-xxxx-6155** | | | 2008-2011 | | | | | |
| **Bank of America** **P.O. Box 17054** **Wilmington, DE 19850** | X - | | | | | | | 7,804.41 |

Sheet no. __7__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **32,938.36**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re  **Don Todd Associates, Inc.**                                                              ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. *xxx1659*<br><br>**BankDirect Capital FInance**<br>**P.O. Box 660448**<br>**Dallas, TX 75266** | | - | **2011** | | | | **2,125.32** |
| Account No.<br><br>**Barbara Oulds**<br>**130-51 222 Street**<br>**Springfield Gardens, NY 11413** | | - | **2009**<br>**Unreimbursed Expenses** | | | | **424.47** |
| Account No.<br><br>**Barbara Stewart**<br>**130-51 222 Street**<br>**Springfield Gardens, NY 11413** | | - | **2008**<br>**Unreimbursed expenses** | | | | **1,634.18** |
| Account No.<br><br>**Bay Area Transit Consultants**<br>**P.O. Box 193965**<br>**Attn: John Rath c/o Bechtel Corp.**<br>**San Francisco, CA 94119** | | - | **2011**<br>**Bart Project Balance** | | | | **36,500.00** |
| Account No.<br><br>**Belvant R. Patel**<br>**445 Fordham Rd**<br>**Woodbury Heights, NJ 08097** | | - | **2007**<br>**Unreimbursed expenses** | | | | **154.00** |

Sheet no. __8__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**40,837.97**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                            Best Case Bankruptcy

In re **Don Todd Associates, Inc.** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| **Berk and Berk at Cherry Tree c/o Manhatten Mgmt Corp, LLC 535 Rt #38, Suite 145 Cherry Hill, NJ 08002** | - | | | | | | 35,140.20 |
| Account No. **xxxxx-xxxx-xxx0522** | | | 2010 | | | | |
| **Broadway Premium Funding P.O. Box 66468 Chicago, IL 60666** | - | | | | | | 61,705.18 |
| Account No. **x3224** | | | 2007 | | | | |
| **BYSIS Trust Services, TPA Bysis PO Box 10399 Fargo, ND 58106** | - | | | | | | 69,291.19 |
| Account No. | | | 2007-2009 | | | | |
| **Carter, Richard 25200 Carlos Bee Blvd. #276 Hayward, CA 94542** | - | | | | | | 144.89 |
| Account No. | | | 2008 CBRE C Werner Commission | | | | |
| **CB Richard Ellis File #050482, Location Cod 2079 Los Angeles, CA 90074** | - | | | | | | 15,000.00 |

Sheet no. __9__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **181,281.46**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

In re **Don Todd Associates, Inc.**                                    , Case No. _____
                                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxx-194-3** <br><br> **Chevron USA** <br> **P.O. Box 2001** <br> **Concord, CA 94529** | - | | **2007** | | | | 718.87 |
| Account No. <br><br> **Christman, Patricia** <br> **11 Marion Court** <br> **Alamo, CA 94507** | - | | **2008** <br> **reimbursement for teleconference service** | | | | 1,203.46 |
| Account No. <br><br> **Chu and Gassman** <br> **559 Union Avenue** <br> **Middlesex, NJ 08846** | - | | **2009** | | | | 19,017.20 |
| Account No. **xxxxx2004** <br><br> **City of Atlanta** <br> **General Business License** <br> **P.O. Box 932053** <br> **Atlanta, GA 31193** | - | | **2007** | | | | 650.25 |
| Account No. <br><br> **City of Chandler** <br> **MS 701** <br> **P.O. Box 4008** <br> **Chandler, AZ 85224** | - | | **2008** | | | | 75.00 |

Sheet no. __10__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,664.78

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re  **Don Todd Associates, Inc.**                              ,     Case No. _____
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx8700** <br><br> **City of Oakland** <br> **Business Tax  Section** <br> **250 Frank H. Ogawa Plaza #1320** <br> **Oakland, CA 94612** | - | | | | | | **1,980.82** |
| Account No. <br><br> **City of Seattle** <br> **Revenue and Consumer Affairs** <br> **P.O. Box 34904** <br> **Seattle, WA 98124** | - | | **2008** | | | | **90.00** |
| Account No. <br><br> **City Suites, Inc.** <br> **65 Cadillac Square, suite 2200** <br> **Detroit, MI 48226** | - | | **2007** | | | | **650.00** |
| Account No. <br><br> **Clarke, Stephen** <br> **1921 Willow Haven Lane** <br> **Charlotte, NC 28262** | - | | **2006-2008** <br> **Unreimbursed expenses** | | | | **34,023.67** |
| Account No. <br><br> **Clerk of the Superior Court** | - | | **2011** | | | | **410.00** |

Sheet no. __11__ of __41__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **37,154.49**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

In re **Don Todd Associates, Inc.** ,   Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx6878** <br><br> **CNA Insurance** <br> **Department LA 21245** <br> **Pasadena, CA 91185** | - | | **2012** | | | | **8,316.01** |
| Account No. <br><br> **Consortium Management Co., Inc.** <br> **1255 Treat Blvd., Suite #300** <br> **Walnut Creek, CA** | - | | **2008-2009** | | | | **7,644.00** |
| Account No. <br><br> **Construction Communications** <br> **24445 Northwestern Hwy., Suite 218** <br> **Southfield, MI 48075** | - | | **2007** | | | | **1,705.00** |
| Account No. <br><br> **Cor-O-Van Moving and Storage, Inc.** <br> **12375 Kerran Street** <br> **Poway, CA 92064** | - | | **2007-2008** | | | | **1,122.93** |
| Account No. **xxxx0425** <br><br> **Corporate Express** <br> **P.O. Box 95708** <br> **Chicago, IL 60694-5708** | - | | **2007** | | | | **5.26** |

Sheet no. __12__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **18,793.20**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re **Don Todd Associates, Inc.** ,                          Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx8793** | | | 2010 | | | | | |
| **Covad Communications** **Department 33408** **PO Box 39000** **San Francisco, CA 94139-3408** | - | | | | | | | 389.00 |
| Account No. **x072-2** | | | 2007 | | | | | |
| **Cox Allen & Associates** **640 S. Fourth St, Ste 210** **Louisville, KY 40202** | - | | | | | | | 25,660.00 |
| Account No. **xx1484** | | | 2007 | | | | | |
| **Craigslist** **Attn Acct. Receivable** **PO Box 225159** **San Francisco, CA 94122-5151** | - | | | | | | | 75.00 |
| Account No. | | | 2009 | | | | | |
| **Critchley Critchley Kinum & Vasquez** **Attorneys at Law** **75 Livingston Ave** **Roseland, NJ 07068** | - | | | | | | | 20,000.00 |
| Account No. | | | 2006-2011 Unreimbursed expenses | | | | | |
| **Daniel Anderson, Jr.** **3007 Braxton Wood Ct** **Fairfax, VA 22031-1336** | - | | | | | | | 50,248.78 |

Sheet no. __13__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                Subtotal
(Total of this page)        **96,372.78**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

In re **Don Todd Associates, Inc.** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3024** <br><br>**Dealey, Renton & Associates** <br>**PO Box 12675** <br>**Oakland, CA 94604** | - | | **2008-09** | | | | 1,891.50 |
| Account No. **xxxxxx5255** <br><br>**Deer Park Direct** <br>**a division of Nestle Waters** <br>**PO Box 856192** <br>**Louisville, KY 40285-6192** | - | | **2009-10** | | | | 27.89 |
| Account No. <br><br>**Donald Todd** <br>**1379 Moss Creek Dr** <br>**Jacksonville, FL 32225** | - | | **2007** <br>**Unreimbursed Expenses** | | | | 9,960.32 |
| Account No. **xxx9826** <br><br>**Earthlink, Inc.** <br>**PO Box 6452** <br>**Carol Stream, IL 60197-6452** | - | | **2006** | | | | 730.36 |
| Account No. <br><br>**Eddie Law** <br>**183 Los Olivos Ave** <br>**Daly City, CA 94014** | - | | **2007-2010** <br>**Unreimbursed expenses** | | | | 4,366.87 |

Sheet no. __14__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          16,976.94

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re **Don Todd Associates, Inc.** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Eli Parker <br> 517 N. 42nd Street <br> Philadelphia, PA 19104 | | - | | 2007-2009 <br> Unreimbursed expense | | | | 1,850.13 |
| Account No. <br><br> Elia N. Majdalani <br> 64 Autumnwind Ct <br> San Ramon, CA 94583 | | - | | 2007-2008 <br> Unreimbursed expenses | | | | 7,307.04 |
| Account No. <br><br> Emerge Financial Group <br> 3700 Hilborn Rd, Ste 300 <br> Fairfield, CA 94534 | | | | 2009-2010 <br> Accounting services | | | | 92,086.40 |
| Account No. <br><br> Emiliano E. Vinuya <br> 2153 Moody Way <br> Hayward, CA 94545 | | - | | 2007-2010 <br> Unreimbursed expenses | | | | 1,319.91 |
| Account No. <br><br> Enrique Santos <br> 14 Montecarlo Way <br> American Canyon, CA 94503 | | - | | 2007 <br> Unreimbursed expenses | | | | 133.91 |

Sheet no. __15__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 102,697.39

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Don Todd Associates, Inc.** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4228**<br><br>**Entergy New Orleans, Inc.**<br>**PO Box 61966**<br>**New Orleans, LA 70167-1966** | | - | **2007-2008** | | | | **271.30** |
| Account No. **xxxxxxx6532**<br><br>**Fireman's Fund Insurance**<br>**PO Box 7166**<br>**Pasadena, CA 91109-7166** | | - | **2009**<br>**Insurance** | | | | **3,623.00** |
| Account No.<br><br>**George Bocar**<br>**25088 Yoshida Dr**<br>**Hayward, CA 94545** | | - | **2007-2009**<br>**Unreimbursed expenses** | | | | **2,072.31** |
| Account No. **xxxxxD01A**<br><br>**GLUMAC**<br>**150 California St, 3rd Floor**<br>**San Francisco, CA 94111-4525** | | - | **2008** | | | | **64,560.00** |
| Account No.<br><br>**United States of America ex. rel.**<br>**Glumac**<br>**c/o Eric Francisconi**<br>**Barnes, Crosby, Fitzgerald & Zeman, LLP**<br>**18101 Von Karman Ave, Ste 120**<br>**Irvine, CA 92612** | | | **Also Notify:**<br>**GLUMAC** | | | | **Notice Only** |

Sheet no. __16__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **70,526.61**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **Don Todd Associates, Inc.** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxx-x9004**<br><br>**GMAC Payment Processing Center**<br>**PO Box 78234**<br>**Phoenix, AZ 85062-8234** | | - | 2007 | | | | 3,366.48 |
| Account No. **x-03-75**<br><br>**Go-Cans, LLC**<br>**PO Box 10169**<br>**Gulfport, MS 39505** | | - | 2006-2007 | | | | 937.40 |
| Account No. **xxx-xxx5747**<br><br>**Gogick, Byrne & O'Neill, LLP**<br>**11 Broadway, 15th Floor**<br>**New York, NY 10004-1303** | | - | 2006 | | | | 1,073.50 |
| Account No.<br><br>**Gulf States Engineering, Inc.**<br>**4110 Moffett Rd**<br>**Mobile, AL 36618** | | - | 6/24/2011 | | | | 9,968.00 |
| Account No. **xx8023**<br><br>**Gulf States Engineering, Inc.**<br>**4110 Moffett Road**<br>**Mobile, AL 36618** | | - | 2008 | | | | 5,600.00 |

Sheet no. __17__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **20,945.38**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com  Best Case Bankruptcy

In re **Don Todd Associates, Inc.** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Gwendolyn Powell-Todd**<br>**1379 Moss Creek Dr**<br>**Jacksonville, FL 32225** | | - | | **2007**<br>**Consulting Services** | | | | **5,824.85** |
| Account No.<br><br>**Hamid Kondazi**<br>**923 Oak St**<br>**Lafayette, CA 94549** | | - | | **2009** | | | | **125.00** |
| Account No. **xxx128/1**<br><br>**HQ Global Workplacese**<br>**11 Penn Plaza, 5th Floor**<br>**New York, NY 10001** | | - | | **2008** | | | | **20.89** |
| Account No. **xx7927**<br><br>**Hudson Blueprint Co, Inc.**<br>**883 Clinton Ave**<br>**Irvington, NJ 07111** | | - | | **4/2007** | | | | **2,000.00** |
| Account No. **xxxxx-xx0767**<br><br>**IKON Financial Services**<br>**PO Box 650073**<br>**Dallas, TX 75265-0073** | | - | | **2007-2008** | | | | **19,282.25** |

Sheet no. __18__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **27,252.99**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re **Don Todd Associates, Inc.** , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No. **xG029** | | | | | **2008-2009** **Storage** | | | | |
| **Iron Mountain Records Management** **PO Box 27218** **New York, NY 10087-7128** | - | | | | | | | | **5,485.74** |
| Account No. | | | | | **2007** **Judgment** | | | | |
| **Island ADC, Inc.** **1191 Scott Ave** **Calverton, NY 11933-3056** | - | | | | | | | | **65,000.00** |
| Account No. | | | | | **2007** | | | | |
| **J&S Consultant Firm** **226 Hamilton Blvd** **South Plainfield, NJ 07080** | - | | | | | | | | **800.00** |
| Account No. | | | | | **2007** | | | | |
| **JC Patin Group, LLC** **601 Baronne St** **New Orleans, LA 70130** | - | | | | | | | | **114,600.00** |
| Account No. **xx08-06** | | | | | **2008** | | | | |
| **Jodell Associates** **2601 East Thomas Rd** **Suite 210** **Phoenix, AZ 85016-8228** | - | | | | | | | | **3,732.24** |

Sheet no. __19__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **189,617.98**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Todd Associates, Inc.** ,                                     Case No. _____
                                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Notice Purposes** | | | | |
| **Jones Memorial United Methodist Church**<br>**c/o Ravi Mehta**<br>**Chapman Glucksman Dean Roeb & Barger**<br>**11900 W. Olympic Blvd, Ste 800**<br>**Los Angeles, CA 90064-0704** | - | | | | | | **Unknown** |
| Account No. | | | **2007-2009**<br>**Unreimbursed expenses** | | | | |
| **Joseph Hoffman**<br>**221 Gravel Bend Rd**<br>**Cherry Hill, NJ 08034** | - | | | | | | **5,562.40** |
| Account No. | | | **2007**<br>**Unreimbursed expenses** | | | | |
| **Judith Sayler**<br>**166 Sweetberry Court, #5**<br>**San Jose, CA 95136** | - | | | | | | **7,510.26** |
| Account No. | | | **2008**<br>**Unreimbursed expenses** | | | | |
| **Kazimir Vilenchik**<br>**2225 West Street**<br>**Brooklyn, NY 11223** | - | | | | | | **961.03** |
| Account No. **EBMUD-Moraga Rd, pipln** | | | **2007-2009** | | | | |
| **Kennedy/Jenks Consultants**<br>**Engineers & Scientists**<br>**303 Second St, Ste 300 South**<br>**San Francisco, CA 94107** | - | | | | | | **12,656.59** |

Sheet no. __20__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**26,690.28**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                                 Best Case Bankruptcy

In re **Don Todd Associates, Inc.** ,                                              Case No. _____

                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kevin Willis** <br> **3003 Burroughs Mill Circle** <br> **Cherry Hill, NJ 08002** | - | | **2006-2010** <br> **Unreimbursed expenses** | | | | **24,370.45** |
| Account No. <br><br> **Latham Square LLC** <br> **1611 Telegraph Ave, Ste 820** <br> **Oakland, CA 94612** | - | | rent | | | | **Unknown** |
| Account No. <br><br> **Len Espinar** <br> **47 Oak St** <br> **Belleville, NJ 07109** | - | | **2006** <br> **Unreimbursed expenses** | | | | **736.92** |
| Account No. <br><br> **Leonard Holland** <br> **113-02 207th Street** <br> **Apartment 3** <br> **Queens Village, NY 11429** | - | | **2009** | | | | **1,935.33** |
| Account No. **xx4265** <br><br> **Leonard Sciolla** <br> **Attorneys at Law** <br> **1500 John F. Kennedy Blvd** <br> **Philadelphia, PA 19102-1724** | - | | **2008-2009** <br> **Attorneys fees** | | | | **4,584.00** |

Sheet no. __21__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **31,626.70**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re **Don Todd Associates, Inc.**                                    ,                    Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2007-2008 Unreimbursed expenses | | | | |
| Luis Paez 4 Sullivan Ave Daly City, CA 94015 | - | | | | | | 900.00 |
| Account No. | | | 5/11/2006 | | | | |
| Marble Bridge Funding Group 1700 N. Broadway, Ste 401 Walnut Creek, CA 94596-4125 | - | | | | | | *Unknown* |
| Account No. **x8750** | | | 2005-2006 Attorney's fees | | | | |
| Marshall, Dennehey, Warner Coleman & Coggin 1845 Walnut St, Dept B Philadelphia, PA 19103-4717 | - | | | | | | 33,039.10 |
| Account No. | | | 2010 Consultants | | | | |
| Marvin Ross 5493 Claremont Ave Oakland, CA 94618 | - | | | | | | 775.00 |
| Account No. **xx-x4092** | | | 2007-08 | | | | |
| Mastroianni & Farmoroli, Inc. 251 South White Horse Pike Suite 200 Audubon, NJ 08106 | - | | | | | | 3,704.37 |

Sheet no. __22__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      38,418.47

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

In re **Don Todd Associates, Inc.** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | 3/18/2008 | | | | | | |
| McCollister's Transportation Systems Inc 1800 Route 130 North Burlington, NJ 08016 | - | | | | | | | 6,733.31 |
| Account No. xxxx5564 | | 2006 | | | | | | |
| MCI PO Box 856053 Louisville, KY 40285-6053 | - | | | | | | | 43,340.06 |
| Account No. xxxx8764 | | 2007 | | | | | | |
| MCI Small Business Services PO Box 60026 City of Industry, CA 91716-0026 | - | | | | | | | 627.62 |
| Account No. xxxx8793 | | 2011-2012 | | | | | | |
| Megapath Dept 33408 PO Box 39000 San Francisco, CA 94139-0001 | - | | | | | | | 858.31 |
| Account No. xxxxx7943 | | 2007 | | | | | | |
| Megapath Networks, Inc. Dept 0324 PO Box 120324 Dallas, TX 75312-0324 | - | | | | | | | 932.41 |

Sheet no. __23__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **52,491.71**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

In re **Don Todd Associates, Inc.**_____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx2-002** | | | | **2009** **Attorney's Fees** | | | | |
| **Meyers Nave** **A Professional Law Corporation** **555 12th Street, Ste 1500** **Oakland, CA 94607** | - | | | | | | | |
| | | | | | | | | 52,501.18 |
| Account No. **xx7631** | | | | **2007** | | | | |
| **Mid Coast Engineers** **70 Penny Lane, Ste A** **Watsonville, CA 95076** | - | | | | | | | |
| | | | | | | | | 6,184.95 |
| Account No. | | | | **2009-10** **Attorney's fees** | | | | |
| **Morgan & Associates** **7677 Oakport Street** **Suite 1050** **Oakland, CA 94621** | - | | | | | | | |
| | | | | | | | | 135,765.07 |
| Account No. | | | | **2008** | | | | |
| **Network Possibilities Svc Group** **PO Box 71096** **Phoenix, AZ 85050-1096** | - | | | | | | | |
| | | | | | | | | 537.50 |
| Account No. | | | | **2007** | | | | |
| **Network Relocation Services** **1 Pavilion Ave** **The Watchcase Office Complex** **Riverside, NJ 08075** | - | | | | | | | |
| | | | | | | | | 1,600.00 |

Sheet no. __24__ of __41__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page) | 196,588.70

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

In re **Don Todd Associates, Inc.** ,                    Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **A.Tesmer**<br><br>**Noble Strategy/Quantum**<br>**6 South Orange Ave**<br>**South Orange, NJ 07079** | | - | | *2008* | | | | **7,078.50** |
| Account No. **xxxx9613**<br><br>**Office Depot**<br>**PO Box 70025**<br>**Santa Ana, CA 92725-0025** | | - | | *2006-2007* | | | | **13,858.11** |
| Account No.<br><br>**Paul Garvin**<br>**14410 North 43rd Place**<br>**Phoenix, AZ 85032** | | - | | *2007-2011*<br>**Unreimbursed expenses** | | | | **10,278.83** |
| Account No. **xxx3519**<br><br>**Pitney Bowes Global Financial Services**<br>**PO Box 371887**<br>**Pittsburgh, PA 15250-7887** | | - | | *2007-2008* | | | | **12,394.32** |
| Account No. **xxxx-xxx2-86-8**<br><br>**Pitney Bowes Global Financial Services**<br>**PO Box 371887**<br>**Pittsburgh, PA 15250-7887** | | - | | *2008* | | | | **801.89** |

Sheet no. __25__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **44,411.65**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re **Don Todd Associates, Inc.** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxx8-86-6** | | | **2007** | | | | |
| **Pitney Bowes Global Financial Services** PO Box 371887 Pittsburgh, PA 15250-7887 | - | | | | | | 727.18 |
| Account No. **xxxx-xxxx-xxxx-1234** | | | **2007-2008** | | | | |
| **Pitney Bowes Purchase Power** PO Box 371874 Pittsburgh, PA 15250-7874 | - | | | | | | 786.99 |
| Account No. **xxxx-xxxx-xxxx-2015** | | | **2007-2008** | | | | |
| **Pitney Bowes Purchase Power** PO Box 371874 Pittsburgh, PA 15250-7874 | - | | | | | | 1,024.74 |
| Account No. **xxxx-xxxx-xxxx-5148** | | | **2007** | | | | |
| **Pitney Bowes Purchase Power** PO Box 371874 Pittsburgh, PA 15250-7874 | - | | | | | | 87.24 |
| Account No. **xxxx-xxxx-xxxx-8477** | | | **2007-2008** | | | | |
| **Pitney Bowes Purchase Power** PO Box 371874 Pittsburgh, PA 15250-7874 | - | | | | | | 1,640.40 |

Sheet no. __26__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **4,266.55**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

In re **Don Todd Associates, Inc.** _____ ,   Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-0230** <br><br>**Pitney Bowes Purchase Power** <br>**PO Box 371874** <br>**Pittsburgh, PA 15250-7874** | | - | **2007** | | | | 137.89 |
| Account No. <br><br>**Poster Compliance Center** <br>**3687 Mt. Diablo Blvd** <br>**Suite B100** <br>**Lafayette, CA 94549-3744** | | - | **2008** | | | | 74.19 |
| Account No. **3444** <br><br>**Primavera Systems, Inc.** <br>**Three Bala Plaza West** <br>**Bala Cynwyd, PA 19004** | | - | **2007-08** | | | | 5,695.85 |
| Account No. **xxx243-1** <br><br>**Principal Life** <br>**Dept 900** <br>**PO Box 14416** <br>**Des Moines, IA 50306-3416** | | - | **2007-08** <br>**Insurance** | | | | 20,944.82 |
| Account No. <br><br>**Professional Sport Publication** <br>**570 Elmont Rd** <br>**Dept 203** <br>**Elmont, NY 11003** | | - | **2006** | | | | 1,094.00 |

Sheet no. __27__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,946.75

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

In re **Don Todd Associates, Inc.** ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx xxx x06 62**<br><br>**PSE&G Co**<br>**PO Box 14104**<br>**New Brunswick, NJ 08906-4106** | - | | **2006-07** | | | | **4,076.54** |
| Account No. **xxxxxx0873**<br><br>**QBE Praetorian Insurance**<br>**c/o R&W Brokerage**<br>**8 Forest Ave**<br>**Lynbrook, NY 11563** | - | | **2011**<br>**Worker's Compensation Insurance** | | | | **4,147.80** |
| Account No. **xxxx5569**<br><br>**Quill**<br>**PO Box 37600**<br>**Philadelphia, PA 19101-0600** | - | | **2008** | | | | **87.11** |
| Account No. **xxx-xxx-xxxx 140B**<br><br>**Qwest**<br>**PO Box 29060**<br>**Phoenix, AZ 85038-9040** | - | | **2010-11** | | | | **796.74** |
| Account No.<br><br>**Real Estate Law Group, LLP**<br>**Marina Office Plaza**<br>**2330 Marinship Way, Ste 211**<br>**Sausalito, CA 94965** | - | | **2008** | | | | **4,086.01** |

Sheet no. __28__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **13,194.20**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

In re __Don Todd Associates, Inc.__ ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx1294** <br><br> **Reed Construction Data, Inc.** <br> **PO Box 7247-6961** <br> **Philadelphia, PA 19170-6961** | | - | | **2007-08** | | | | **2,778.87** |
| Account No. <br><br> **Richard Lee** <br> **1333 Broadway** <br> **San Francisco, CA 94109** | | - | | **5/5/2010** | | | | **15,545.00** |
| Account No. <br><br> **Richard Lee** <br> **1333 Broadway** <br> **San Francisco, CA 94109** | | - | | **2007** <br> **Unreimbursed expenses** | | | | **247.72** |
| Account No. **xxxxxx xxx x3410** <br><br> **Ricoh Americas Corp** <br> **PO Box 73683** <br> **Chicago, IL 60673-7983** | | - | | **2007-2009** | | | | **14,485.25** |
| Account No. **x0415** <br><br> **Ridgway's** <br> **PO Box 16883** <br> **Philadelphia, PA 19142** | | - | | **2007** | | | | **2,843.93** |

Sheet no. __29__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          **35,900.77**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

In re __Don Todd Associates, Inc._____,   Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Robert Brown**<br>**131 Winder Street**<br>**Detroit, MI 48201** | - | | **2007-2008**<br>**Expense Report** | | | | 8,249.12 |
| Account No.<br><br>**Robert Casillas**<br>**1126 Shelter Creek Lane**<br>**San Bruno, CA 94066** | - | | **2010**<br>**Retro Pay** | | | | 700.70 |
| Account No.<br><br>**Roosevelt Hattin, Jr.**<br>**5588 Fernhoff Rd**<br>**Oakland, CA 94619** | - | | **2008-2009**<br>**Unreimbursed expenses** | | | | 23,169.00 |
| Account No. **x0122**<br><br>**Sage Construction & Real Estate**<br>**Sage CRE Forms**<br>**PO Box 230578**<br>**Portland, OR 97281** | - | | **2009** | | | | 380.57 |
| Account No. **xxxxx8-900**<br><br>**San Francisco Tax Collector**<br>**P.O. Box 7427**<br>**San Francisco, CA 94120-7427** | - | | **2010** | | | | 981.74 |

Sheet no. __30__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **33,481.13**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re **Don Todd Associates, Inc.** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx1-01-0** | | | | **2007-08** | | | | |
| **Sewerage and Water Board of NO** **625 St. Joseph St, Rm 136** **New Orleans, LA 70165-6500** | - | | | | | | | 190.34 |
| Account No. | | | | **2009** | | | | |
| **Sharron Garvin** **5818 Highland Ave** **Pennsauken, NJ 08110** | - | | | | | | | 144.00 |
| Account No. **xxx-xx0-291** | | | | **2007** | | | | |
| **Shell** **PO Box 183019** **Columbus, OH 43218-3019** | - | | | | | | | 1,056.27 |
| Account No. **xxxx-xx9200** | | | | **2007** | | | | |
| **Sheppard Mullin Richter & Hampton** **333 South Hope St, 48th Floor** **Los Angeles, CA 90071-1448** | - | | | | | | | 2,417.00 |
| Account No. | | | | **2008-10** **Unreimbursed expenses** | | | | |
| **Simon Da Zhuang Li** **716 O'Farrell St, #8** **San Francisco, CA 94109** | - | | | | | | | 1,241.15 |

Sheet no. __31__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,048.76

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **Don Todd Associates, Inc.** ,                    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Simpson Gumpertz & Heger, Inc.** <br>**c/o Lorna Walker** <br>**Law Offices of Sweet & Walker, PC** <br>**6073 Mission St** <br>**Daly City, CA 94014-2007** | - | | | | | | **24,620.52** |
| Account No. <br><br>**Simpson Gumpertz & Heger, Inc.** <br>**The Landmark at One Market** <br>**Suite 600** <br>**San Francisco, CA 94105** | | | **Also Notify:** <br>**Simpson Gumpertz & Heger, Inc.** | | | | **Notice Only** |
| Account No. <br><br>**Sparknight, Inc.** <br>**c/o CAC Real Estate Mgmt co** <br>**111 Sutter St, Ste 350** <br>**San Francisco, CA 94104** | - | | **7/15/2009** | | | | **27,518.00** |
| Account No. **610** <br><br>**Sparknight, Inc.** <br>**c/o CAC Real Estate Mgmt co** <br>**111 Sutter St, Ste 350** <br>**San Francisco, CA 94104** | - | | **2009-10** | | | | **88,408.52** |
| Account No. **xxxxxxx667-7** <br><br>**Sprint** <br>**PO Box 4181** <br>**Carol Stream, IL 60197-4181** | - | | **2007-08** | | | | **2,824.06** |

Sheet no. __32__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**143,371.10**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re **Don Todd Associates, Inc.** ,       Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx9620**<br><br>**Sprint**<br>**PO Box 4181**<br>**Carol Stream, IL 60197-4181** | | - | **2007-08** | | | | **1,158.46** |
| Account No. **xxxxx3126**<br><br>**Sprint**<br>**PO Box 4181**<br>**Carol Stream, IL 60197-4181** | | - | **2007-08** | | | | **443.41** |
| Account No. **xxxxxxx271-4**<br><br>**Sprint**<br>**PO Box 4181**<br>**Carol Stream, IL 60197-4181** | | - | **2007** | | | | **800.41** |
| Account No. **xxxxxxx576-0**<br><br>**Sprint**<br>**PO Box 4181**<br>**Carol Stream, IL 60197-4181** | | - | **2007** | | | | **463.04** |
| Account No.<br><br>**Standard Office Systems**<br>**524 Richey Ave**<br>**W. Collingswood, NJ 08107** | | - | **2007** | | | | **586.33** |

Sheet no. __33__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **3,451.65**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re __Don Todd Associates, Inc.__ ,
Case No. _____

                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-6385**<br><br>**Staples Credit Plan**<br>**Dept 51-7810686385**<br>**PO Box 9020**<br>**Des Moines, IA 50368-9020** | - | | **2005-07** | | | | **15,350.12** |
| Account No.<br><br>**Stephen Swinburne**<br>**1245 17th Ave**<br>**San Francisco, CA 94122** | - | | **2007**<br>**Unreimbursed expenses** | | | | **9,726.97** |
| Account No.<br><br>**Steven Ross Fields**<br>**171 Mulholand Dr**<br>**Ripon, CA 95366** | - | | **2007-2008**<br>**Unreimbursed expenses** | | | | **15,596.91** |
| Account No.<br><br>**Strategic Value Solutions, Inc.**<br>**3100 S. Crenshaw Rd**<br>**Independence, MO 64057** | - | | **2008** | | | | **7,230.60** |
| Account No. **xxx xxxxxxx  xerm 4**<br><br>**Studion 4 Design**<br>**5013 E. Washington St, Ste 170**<br>**Phoenix, AZ 85034** | - | | **2007-08** | | | | **4,562.95** |

Sheet no. __34__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**52,467.55**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re __Don Todd Associates, Inc._____,  Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. **xx9832** | | | | **2007** | | | | |
| **Sun Blueprint, Inc.** **2822 N. 32nd St, Ste 3** **Phoenix, AZ 85008** | | - | | | | | | 8.30 |
| Account No. **x3893** | | | | **2007** | | | | |
| **Sun Devil Fire Equipment** **2929 W. Claredon Ave** **Phoenix, AZ 85017-4610** | | - | | | | | | 174.32 |
| Account No. **xx0625** | | | | **2009** | | | | |
| **Sun Life Financial** **PO Box 6168** **Carol Stream, IL 60197-6168** | | - | | | | | | 9,576.47 |
| Account No. **xxx-xx53-00** | | | | | | | | |
| **Sun Life Financial** **PO Box 7247-0381** **Philadelphia, PA 19170-0381** | | | | **Also Notify:** **Sun Life Financial** | | | | **Notice Only** |
| Account No. **x5111** | | | | **2008-09** | | | | |
| **Team Commercial Construction** **253 Tewksbury Ave** **Richmond, CA 94801** | | - | | | | | X | 21,260.09 |
| Sheet no. __35__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 31,019.18 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

In re **Don Todd Associates, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x3007**<br><br>**Teleset, Inc.**<br>**201 N. Civic Drive**<br>**Ste 110**<br>**Walnut Creek, CA 94596** | - | | **2007-08** | | | | **960.00** |
| Account No.<br><br>**Terrell Miller**<br>**2332 El Monte Dr**<br>**Oakley, CA 94561** | - | | **2007**<br>**Unreimbursed expenses** | | | | **743.95** |
| Account No.<br><br>**The Attorney's Suite, Inc.**<br>**95 South Market Street, 3rd Floor**<br>**San Jose, CA 95113** | - | | **2007-2010**<br>**Rent** | | | | **5,059.80** |
| Account No. **xx xxxx6746**<br><br>**The Hartford**<br>**PO Box 660916**<br>**Dallas, TX 75266-0916** | - | | **2010**<br>**WC Insurance** | | | | **16,745.44** |
| Account No.<br><br>**The Mechanic's Bank**<br>**1999 Harrison St, Ste 810**<br>**Oakland, CA 94612** | - | | **2008**<br>**Accounts Receivable Audit** | | | | **1,372.75** |

Sheet no. __36__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page) **24,881.94**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **Don Todd Associates, Inc.** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Timothy Hort**<br>**1219 Marin Ave**<br>**Albany, CA 94706** | | - | | **2007-2008**<br>**Unreimbursed expenses** | | | | **3,786.31** |
| Account No. **xx-xxxx6-00-8**<br><br>**Trade Services**<br>**15445 Innovation Dr**<br>**San Diego, CA 92128-3432** | | - | | **2006-07** | | | | **719.14** |
| Account No. **x0-066**<br><br>**Trans Engineering Group**<br>**201 Via la Paz**<br>**Greenbrae, CA 94904** | | - | | **2007-08** | | | | **19,400.00** |
| Account No. **xxxxxA100; xx58Y9**<br><br>**Travelers**<br>**CL Remittance Center**<br>**Hartford, CT 06183-1008** | | - | | **2007-10** | | | | **34,142.00** |
| Account No. **xxxxx/xxx4658**<br><br>**Treasure Island Cherry Hill**<br>**1001 Church Rd**<br>**Cherry Hill, NJ 08002** | | - | | **2011-12** | | | | **853.57** |

Sheet no. __37__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**58,901.02**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re **Don Todd Associates, Inc.** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **2315** <br><br> **U-Haul 26th and Indian School** <br> **2626 E. Indian School Rd** <br> **Phoenix, AZ 85016** | | - | **2011** | | | | | 133.28 |
| Account No. **xxx-x0931** <br><br> **United Site Services** <br> **PO Box 10169** <br> **Gulfport, MS 39505** | | - | **2007** | | | | | 2,193.29 |
| Account No. <br><br> **University Sports Publications** <br> **555 Bryant St** <br> **Dept 431** <br> **Palo Alto, CA 94301** | | - | **2007** | | | | | 595.00 |
| Account No. **xxx-xxxxxx2-001** <br><br> **Varesources** <br> **PO Box 6434** <br> **Carol Stream, IL 60197-6434** | | - | **2007** | | | | | 505.21 |
| Account No. **xxx-xxx-xxx6-082** <br><br> **Verizon** <br> **PO Box 4833** <br> **Trenton, NJ 08650-4833** | | - | **2007** | | | | | 362.84 |

Sheet no. __38__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 3,789.62

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

In re   **Don Todd Associates, Inc.**                                              ,   Case No. _____
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W | J C | | | | | |
| Account No. **xxxxxxxxxxx1 10Y** | | **2007** | | | | | | | |
| **Verizon** **PO Box 4833** **Trenton, NJ 08650-4833** | - | | | | | | | | 403.24 |
| Account No. **xxx-xxx-xxxx-xx1-79Y** | | **2007** | | | | | | | |
| **Verizon** **PO Box 4833** **Trenton, NJ 08650-4833** | - | | | | | | | | 1,069.88 |
| Account No. **xxx-xxx-xxxx xx3 25Y** | | **2010** | | | | | | | |
| **Verizon** **PO Box 4833** **Trenton, NJ 08650-4833** | - | | | | | | | | 1,928.24 |
| Account No. **xxx-xxx-xxxx-xx2-05Y** | | **2007** | | | | | | | |
| **Verizon** **PO Box 4833** **Trenton, NJ 08650-4833** | - | | | | | | | | 1,202.97 |
| Account No. **xxx-xxx-xxxx-xx1-22-9** | | **2007** | | | | | | | |
| **Verizon** **PO Box 4833** **Trenton, NJ 08650-4833** | - | | | | | | | | 605.94 |

Sheet no.  __39__  of  __41__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **5,210.27**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                              Best Case Bankruptcy

In re __Don Todd Associates, Inc._____,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Vicki Anderson** <br> **9 Vista Del Sol** <br> **Mill Valley, CA 94941** | - | | **2006-2011** <br> **Unreimbursed expenses** | | | | **265,885.64** |
| Account No. <br><br> **Vornado Office Management, LLC** <br> **One Penn Plaza** <br> **17th Floor** <br> **New York, NY 10119** | - | | **2007** <br> **Judgment** | | | | **88,256.97** |
| Account No. <br><br> **Vornado Office Management, LLC** <br> **210 Route 4 East** <br> **Paramus, NJ 07652** | | | **Also Notify:** <br> **Vornado Office Management, LLC** | | | | **Notice Only** |
| Account No. <br><br> **Walter E. Nelson, Jr.** <br> **712 East Main St, Ste 2A** <br> **PO Box 725** <br> **Moorestown, NJ 08057** | - | | **2008** | | | | **2,250.00** |
| Account No. **xxx2369** <br><br> **Williams Scotsman** <br> **PO Box 91975** <br> **Chicago, IL 60693-1975** | - | | **2007** | | | | **2,117.59** |

Sheet no. __40__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**358,510.20**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **Don Todd Associates, Inc.** ,                    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  <br><br>Williams, Adley & Co, LLP <br>1330 Broadway, Ste 1825 <br>Oakland, CA 94612 | - | | 2008 | | | | 15,000.00 |
| Account No. **xxxxx-x0068** <br><br>Wilson Elser Moskowitz Edel <br>150 East 42nd St <br>New York, NY 10017-5639 | - | | 2007 | | | | 357.59 |
| Account No. **6367** <br><br>Zeller & Wieliczko, LLP <br>Woodcrest Pavillion <br>Ten Melrose Ave, Ste 400 <br>Cherry Hill, NJ 08003 | - | | 2008 | | | | 28,821.65 |
| Account No. **xxxx6298** <br><br>Zurich Deductible Recovery Group <br>PO Box 6066-11 <br>Hermitage, PA 16148-1066 | - | | 2009-2011 | | | | 17,512.57 |
| Account No. **xxxxxxxx7023** <br><br>Zurich North America <br>8734 Paysphere Circle <br>Chicago, IL 60674 | - | | 2006 | | | | 35,219.16 |

Sheet no. __41__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 96,910.97 |
| Total (Report on Summary of Schedules) | 2,684,795.79 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re   **Don Todd Associates, Inc.**                            ,     Case No. _____

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Latham Square LLC** <br> **1611 Telegraph Ave, Ste 820** <br> **Oakland, CA 94612** | **Office lease for 1611 Telegraph Ave, Ste 1002** <br> **Expires 2/28/2013** |

*0*

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re **Don Todd Associates, Inc.**                         ,      Case No. _____

                                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Daniel Anderson, Jr.**<br>**3007 Braxton Wood Ct**<br>**Fairfax, VA 22031-1336** | **Bank of America**<br>**P.O. Box 17054**<br>**Wilmington, DE 19850** |
| **Daniel Anderson, Jr.**<br>**3007 Braxton Wood Ct**<br>**Fairfax, VA 22031-1336** | **California Bank and Trust**<br>**300 Lakeside Dr, 8th Floor**<br>**Oakland, CA 94612** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                  Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re **Don Todd Associates, Inc.** _____ Case No. _____
                                      Debtor(s)          Chapter **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**57**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **August 24, 2012** _____  Signature **/s/ Roosevelt Hattin** _____
                                                      **Roosevelt Hattin**
                                                      **President**

      *Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re **Don Todd Associates, Inc.** Case No. _____

Debtor(s)    Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| *$203,609.71* | *2012 YTD: Debtor Business Income; through 8/21/2012* |
| *$417,964.00* | *2011: Debtor Business Income* |
| *$980,060.00* | *2010: Debtor Business Income* |

---

### 2. Income other than from employment or operation of business

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT    SOURCE

**3. Payments to creditors**

None ■ ***Complete a. or b., as appropriate, and c.***

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ☐ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| ***Daniel Anderson, Jr.<br>3007 Braxton Wood Ct<br>Fairfax, VA 22031-1336<br>CEO*** | ***10/21/2011*** | ***$1,000.00*** | ***$0.00*** |
| ***Roosevelt Hattin, Jr.<br>5588 Fernhoff Rd<br>Oakland, CA 94619<br>President*** | ***10/25/11-$1500<br>11/21/11-$1000<br>12/13/11-$500<br>12/20/11-$500<br>1/13/12-$500<br>1/27/12-$500<br>5/30/12-$2000<br>6/4/12-$5000<br>7/5/12-$2500<br>7/27/12-$5500<br>8/21/12-$5000*** | ***$24,500.00*** | ***$0.00*** |
| ***Kevin Willis<br>3003 Burroughs Mill Circle<br>Cherry Hill, NJ 08002<br>Officer*** | ***10/27/12-$1000<br>5/22/12-$2000 (Karen Willis)<br>6/26/12$500 (Karen Willis)<br>7/5/12-$2500 (Karen Willis)<br>8/21/12-$2000 (Karen Willis)*** | ***$8,000.00*** | ***$0.00*** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Eddie Law vs. Don Todd Associates, Inc 11-42499 CO* | *Unpaid wages* | *Labor Commissioner, State of California San Francisco* | |
| *Simpson Gumpertz & Heger, Inc. vs Don Todd Associates, et al CGC-11-513005* | *Complaint for money* | *San Francisco County Superior Court McAllister St* | *pending* |
| *United States of America, ex rel. Glumac vs Don Todd Associates, Inc. C 09-01442 WHA* | *Complaint for money* | *US District Court Northern District of CA San Francisco* | *Judgment plaintiff* |
| *De Lage Landen Financial Services, Inc. vs Don Todd Associates, Inc. CV09-80134-SBA* | *Complaint for money* | *Superior Court of CA, Northern District 1301 Clay St* | *Judgment plaintiff* |
| *California Bank & Trust vs. Don Todd Associates, Inc. et al CGC-11-508146* | *Complaint for money* | *San Francisco County Superior Court* | *Judgment plaintiff* |
| *Jones Memorial United Methodist Church v. Overaa/Miller Construction et al CGC-11-511744* | *Contract warranty* | *San Francisco County Superior Court* | *pending* |

None
☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *De Lage Landen Financial Services c/o Hemar, Rousso & Healk, LLP 15910 Ventura Blvd, 12th Floor Encino, CA 91436-2802* | *12/2011* | *$4731.17 from Summit Bank account* |
| *United States of America ex rel Glumac c/o Eric Francisconi Barnes, Crosby, Fitzgerald & Zeman, LLP 18101 Von Karman Ave, Ste 120 Irvine, CA 92612* | *7/27/2011* | *$8874.92 from Summit bank account* |

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Kornfield, Nyberg, Bendes & Kuhner, PC*<br>*1970 Broadway, Ste 225*<br>*Oakland, CA 94612* | *5/25/2012*<br>*6/14/2012* | *$5,000.00* |

**10. Other transfers**

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None ☐    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |
| *Saf Keep Storage* *655 3rd St* *Oakland, CA 94607* | *Roosevelt Hattin, Jr.* | *Files, documents, misc office furniture, computers, plotter* | |

### 13. Setoffs

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None ■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None ■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *Don Todd Associates, Inc.* | 22-2173670 | *1611 Telegraph Ave Oakland, CA 94612* | *Project & Construction Management* | *10/11/1977 to* |

None ■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED

*Robert Casillas*
*In house employee*

*Emerge Financial Group*                                        *2007-2010*
*3700 Hilborn Rd, Ste 300*
*Fairfield, CA 94534*

None ■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                        ADDRESS
*Robert Casillas*                                        *In- house employee*

None ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

### 20. Inventories

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY                INVENTORY SUPERVISOR                DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| *Daniel Anderson, Jr.*<br>*3007 Braxton Wood Ct*<br>*Fairfax, VA 22031-1336* | *CEO* | *18.22%*<br>*51,392 shares* |
| *Roosevelt Hattin, Jr.*<br>*5588 Fernhoff Rd*<br>*Oakland, CA 94619* | *President* | *5.06%*<br>*14,270 shares* |
| *Kevin Willis*<br>*3003 Burroughs Mill Circle*<br>*Cherry Hill, NJ 08002* | *Executive VP* | *3.0%*<br>*8,460 shares* |
| *the ESOP*<br>*1611 Telegraph Ave*<br>*Oakland, CA 94612* | *employees* | *47.50%*<br>*133,958 shares* |

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Roosevelt Hattin, Jr.*<br>*5588 Fernhoff Rd*<br>*Oakland, CA 94619*<br>   *President* | *5/21/2012*<br>*4/12/2012*<br><br>*Transfer from Summmit Bank account to Roosevelt Hattin for the purposes of providing normal course of business payments to employees for compensation and creditors.* | *$36,751.58*<br>*$17,018.20* |

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Daniel Anderson, Jr.**<br>**3007 Braxton Wood Ct**<br>**Fairfax, VA 22031-1336**<br>   **President** | **10/21/11**<br>**Expense reimbursement** | **$1000** |
| **Kevin Willis**<br>**3003 Burroughs Mill Circle**<br>**Cherry Hill, NJ 08002**<br>   **Executive** | **10/27/12-Expense reimbursement**<br>**5/22/12-8/21/12 Salary** | **$1000**<br>**$7000** |
| **Roosevelt Hattin, Jr.**<br>**5588 Fernhoff Rd**<br>**Oakland, CA 94619**<br>   **President** | **10/25/2011-8/21/2012**<br>**Salary** | **$24,500** |

---

### 24. Tax Consolidation Group.

None<br>■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

---

### 25. Pension Funds.

None<br>☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                            TAXPAYER IDENTIFICATION NUMBER (EIN)
**The Don Todd Associates, Inc Employee Stock Ownership Plan**          **22-2173670/001**
**Plan value is $0.  Plan is currently in the process of being terminated.**

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  *August 24, 2012*        Signature  */s/ Roosevelt Hattin*

*Roosevelt Hattin*

*President*

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of California

In re **Don Todd Associates, Inc.**      Case No. _____

Debtor(s)      Chapter **7**

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of __25__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **August 24, 2012**

**/s/ Eric A. Nyberg**
Signature of Attorney
**Eric A. Nyberg 131105**
**Kornfield, Nyberg, Bendes & Kuhner, PC**
**1970 Broadway, Ste 225**
**Oakland, CA 94612**
**(510) 763-1000  Fax: (510) 273-8669**

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

A T & T
P.O. BOX 78225
Phoenix, AZ 85062


A/E Consultants Information Network
P.O. Box 417816
Sacramento, CA 95841


AAA Business Supplies and Interiors
325 Mendell Street
San Francisco, CA 94124


ABL Financial Services
P.O. Box 446
Cool, CA 95614


Acevado, Jocelyn
3855 Carter Drive #302
South San Francisco, CA 94080


Aetna
P.O. Box 601050
Pasadena, CA 91189


Aetna
P.O. Box 6011034
Attn: ALIC
Pasadena, CA 91189


Aicco, Inc.
c/o Harold Glassberg
425 California St, Ste 850
San Francisco, CA 94104

AICCO, Inc.
Department 7615
Los Angeles 90084


Alameda County Tax Collector
Donald R. White
1221 Oak St, Rm 13
Oakland, CA 94612


Alder Associates, Inc.
PO Box 133
Lafayette Hill, PA 19444


Alex McClendon Jr.
1131 Astoria lane
Peachtree City, GA 30269


Allstate Realty Associates
Citibank Building
5420-13th Avenue
Brooklyn, NY 11219


Alonso, Andalkar & Kahn, P.C.
Attorneys at Law
920 Broadway
New York, NY 10010


American Arbitration Association
950 Warren Avenue
East Providence, RI 02914


American Public Works Association
P.O. BOx 802296
Kansas City, MO 64180

Anthony Harley
16 Parkhill Lane
Sicklerville, NJ 08081


Arizona Assemblies of God
2601 E. Thomas Road Ste. 210
Phoenix, AZ 85016


Arnold Vicidomini, Jr
71 West Granada
Brick, NJ 08724


Arrowhead Direct
P.O. Box 856158
Louisville, KY 40285


Asian & Hispanic Trading and Consulting
172 Madison Ave., Suite 504
New York, NY 10016


Aspen Publishers
4829 Innovation Way
Chicago, IL 60682


AT&T
Payment Center
Sacramento, CA 95887


Aubee, Arnold
273 Morning Glory Drive
Monroe Township, NJ 08831

Avaya Financial Services
P.O. Box 93000
Chicago, IL 60673


Avaya, Inc.
P.O. Box 5125
Carol Stream, IL 60197


Balasta, Adelmar
1758 10th Avenue, #5
San Francisco, CA 94122


Banc of America Leasing
Lease Administration Center
P.O. Box 371992
Pittsburgh, PA 15250


Bank of America
P.O. Box 17054
Wilmington, DE 19850


BankDirect Capital FInance
P.O. Box 660448
Dallas, TX 75266


Barbara Oulds
130-51 222 Street
Springfield Gardens, NY 11413


Barbara Stewart
130-51 222 Street
Springfield Gardens, NY 11413

Bay Area Transit Consultants
P.O. Box 193965
Attn: John Rath c/o Bechtel Corp.
San Francisco, CA 94119


Belvant R. Patel
445 Fordham Rd
Woodbury Heights, NJ 08097


Berk and Berk at Cherry Tree
c/o Manhatten Mgmt Corp, LLC
535 Rt #38, Suite 145
Cherry Hill, NJ 08002


Broadway Premium Funding
P.O. Box 66468
Chicago, IL 60666


BYSIS
Trust Services, TPA Bysis
PO Box 10399
Fargo, ND 58106


California Bank & Trust
c/o Martin David Goodman
456 Montgomery St, Ste 1300
San Francisco, CA 94104


California Bank and Trust
300 Lakeside Dr, 8th Floor
Oakland, CA 94612


Carter, Richard
25200 Carlos Bee Blvd. #276
Hayward, CA 94542

CB Richard Ellis
File #050482, Location Cod 2079
Los Angeles, CA 90074


Chevron USA
P.O. Box 2001
Concord, CA 94529


Christman, Patricia
11 Marion Court
Alamo, CA 94507


Chu and Gassman
559 Union Avenue
Middlesex, NJ 08846


City of Atlanta
General Business License
P.O. Box 932053
Atlanta, GA 31193


City of Chandler
MS 701
P.O. Box 4008
Chandler, AZ 85224


City of Oakland
Business Tax Section
250 Frank H. Ogawa Plaza #1320
Oakland, CA 94612


City of Seattle
Revenue and Consumer Affairs
P.O. Box 34904
Seattle, WA 98124

City Suites, Inc.
65 Cadillac Square, suite 2200
Detroit, MI 48226


Clarke, Stephen
1921 Willow Haven Lane
Charlotte, NC 28262


Clerk of the Superior Court


CNA Insurance
Department LA 21245
Pasadena, CA 91185


Commonwealth of Kentucky
Division of Collections
PO Box 491
Frankfort, KY 40602


Commonwealth of Pennsylvania
Dept. of Rev/Bur of Corp Taxes
Harrisburg, PA 17128-0701


Consortium Management Co., Inc.
1255 Treat Blvd., Suite #300
Walnut Creek, CA


Construction Communications
24445 Northwestern Hwy., Suite 218
Southfield, MI 48075

Cor-O-Van Moving and Storage, Inc.
12375 Kerran Street
Poway, CA 92064


Corporate Express
P.O. Box 95708
Chicago, IL 60694-5708


Covad Communications
Department 33408
PO Box 39000
San Francisco, CA 94139-3408


Cox Allen & Associates
640 S. Fourth St, Ste 210
Louisville, KY 40202


Craigslist
Attn Acct. Receivable
PO Box 225159
San Francisco, CA 94122-5151


Critchley Critchley Kinum & Vasquez
Attorneys at Law
75 Livingston Ave
Roseland, NJ 07068


Daniel Anderson, Jr.
3007 Braxton Wood Ct
Fairfax, VA 22031-1336


De Lage Landen Financial Services
c/o Hemar, Rousso & Healk, LLP
15910 Ventura Blvd, 12th Floor
Encino, CA 91436-2802

Dealey, Renton & Associates
PO Box 12675
Oakland, CA 94604


Deer Park Direct
a division of Nestle Waters
PO Box 856192
Louisville, KY 40285-6192


Donald Todd
1379 Moss Creek Dr
Jacksonville, FL 32225


Earthlink, Inc.
PO Box 6452
Carol Stream, IL 60197-6452


Eddie Law
183 Los Olivos Ave
Daly City, CA 94014


Eli Parker
517 N. 42nd Street
Philadelphia, PA 19104


Elia N. Majdalani
64 Autumnwind Ct
San Ramon, CA 94583


Emerge Financial Group
3700 Hilborn Rd, Ste 300
Fairfield, CA 94534

Emiliano E. Vinuya
2153 Moody Way
Hayward, CA 94545


Employment Development Dept
MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Enrique Santos
14 Montecarlo Way
American Canyon, CA 94503


Entergy New Orleans, Inc.
PO Box 61966
New Orleans, LA 70167-1966


Fireman's Fund Insurance
PO Box 7166
Pasadena, CA 91109-7166


George Bocar
25088 Yoshida Dr
Hayward, CA 94545


Georgia Department of Labor
Sussex Place, Room 752
148 A Young International Blvd NE
Atlanta, GA 30303-1751


GLUMAC
150 California St, 3rd Floor
San Francisco, CA 94111-4525

GMAC Payment Processing Center
PO Box 78234
Phoenix, AZ 85062-8234


Go-Cans, LLC
PO Box 10169
Gulfport, MS 39505


Gogick, Byrne & O'Neill, LLP
11 Broadway, 15th Floor
New York, NY 10004-1303


Gonzalo A Galindo
8918 Majorca Bay Dr
Lake Worth, FL 33467-6926


Gulf States Engineering, Inc.
4110 Moffett Rd
Mobile, AL 36618


Gulf States Engineering, Inc.
4110 Moffett Road
Mobile, AL 36618


Gwendolyn Powell-Todd
1379 Moss Creek Dr
Jacksonville, FL 32225


Hamid Kondazi
923 Oak St
Lafayette, CA 94549

HQ Global Workplacese
11 Penn Plaza, 5th Floor
New York, NY 10001


Hudson Blueprint Co, Inc.
883 Clinton Ave
Irvington, NJ 07111


IKON Financial Services
PO Box 650073
Dallas, TX 75265-0073


Internal Revenue Service
Special Procedures Branch
Bankruptcy Section/Mail Code 1400S
1301 Clay St.
Oakland, CA 94612-5210


Iron Mountain Records Management
PO Box 27218
New York, NY 10087-7128


Island ADC, Inc.
1191 Scott Ave
Calverton, NY 11933-3056


J&S Consultant Firm
226 Hamilton Blvd
South Plainfield, NJ 07080


JC Patin Group, LLC
601 Baronne St
New Orleans, LA 70130

Jodell Associates
2601 East Thomas Rd
Suite 210
Phoenix, AZ 85016-8228


Jones Memorial United Methodist Church
c/o Ravi Mehta
Chapman Glucksman Dean Roeb & Barger
11900 W. Olympic Blvd, Ste 800
Los Angeles, CA 90064-0704


Joseph Hoffman
221 Gravel Bend Rd
Cherry Hill, NJ 08034


Judith Sayler
166 Sweetberry Court, #5
San Jose, CA 95136


Kazimir Vilenchik
2225 West Street
Brooklyn, NY 11223


Kennedy/Jenks Consultants
Engineers & Scientists
303 Second St, Ste 300 South
San Francisco, CA 94107


Kevin Willis
3003 Burroughs Mill Circle
Cherry Hill, NJ 08002


Latham Square LLC
1611 Telegraph Ave, Ste 820
Oakland, CA 94612

Len Espinar
47 Oak St
Belleville, NJ 07109


Leonard Holland
113-02 207th Street
Apartment 3
Queens Village, NY 11429


Leonard Sciolla
Attorneys at Law
1500 John F. Kennedy Blvd
Philadelphia, PA 19102-1724


Louisiana Dept of Revenue
PO Box 201
Baton Rouge, LA 70821-0201


Luis Paez
4 Sullivan Ave
Daly City, CA 94015


Lyon Financial Services, Inc.
DBA USBankcorp Manifest Funding
1450 Channel Parkway
Marshall, MN 56258


Marble Bridge Funding Group
1700 N. Broadway, Ste 401
Walnut Creek, CA 94596-4125


Marshall, Dennehey, Warner
Coleman & Coggin
1845 Walnut St, Dept B
Philadelphia, PA 19103-4717

Marvin Ross
5493 Claremont Ave
Oakland, CA 94618


Mastroianni & Farmoroli, Inc.
251 South White Horse Pike
Suite 200
Audubon, NJ 08106


McCollister's Transportation Systems Inc
1800 Route 130 North
Burlington, NJ 08016


MCI
PO Box 856053
Louisville, KY 40285-6053


MCI Small Business Services
PO Box 60026
City of Industry, CA 91716-0026


Megapath
Dept 33408
PO Box 39000
San Francisco, CA 94139-0001


Megapath Networks, Inc.
Dept 0324
PO Box 120324
Dallas, TX 75312-0324


Meyers Nave
A Professional Law Corporation
555 12th Street, Ste 1500
Oakland, CA 94607

Mid Coast Engineers
70 Penny Lane, Ste A
Watsonville, CA 95076


Morgan & Associates
7677 Oakport Street
Suite 1050
Oakland, CA 94621


Network Possibilities Svc Group
PO Box 71096
Phoenix, AZ 85050-1096


Network Relocation Services
1 Pavilion Ave
The Watchcase Office Complex
Riverside, NJ 08075


New Jersey Dept of Labor & Workforce
PO Box 929
Trenton, NJ 08646-0929


New Jersey Dept of Labor & Workforce
PO Box 389
Trenton, NJ 08625-0389


New York Dept of Labor-UI Division
PO Box 15012
Albany, NY 12212-5012


Noble Strategy/Quantum
6 South Orange Ave
South Orange, NJ 07079

Office Depot
PO Box 70025
Santa Ana, CA 92725-0025


Paul Garvin
14410 North 43rd Place
Phoenix, AZ 85032


Pitney Bowes Global Financial Services
PO Box 371887
Pittsburgh, PA 15250-7887


Pitney Bowes Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874


Poster Compliance Center
3687 Mt. Diablo Blvd
Suite B100
Lafayette, CA 94549-3744


Primavera Systems, Inc.
Three Bala Plaza West
Bala Cynwyd, PA 19004


Principal Life
Dept 900
PO Box 14416
Des Moines, IA 50306-3416


Professional Sport Publication
570 Elmont Rd
Dept 203
Elmont, NY 11003

PSE&G Co
PO Box 14104
New Brunswick, NJ 08906-4106


QBE Praetorian Insurance
c/o R&W Brokerage
8 Forest Ave
Lynbrook, NY 11563


Quill
PO Box 37600
Philadelphia, PA 19101-0600


Qwest
PO Box 29060
Phoenix, AZ 85038-9040


Real Estate Law Group, LLP
Marina Office Plaza
2330 Marinship Way, Ste 211
Sausalito, CA 94965


Reed Construction Data, Inc.
PO Box 7247-6961
Philadelphia, PA 19170-6961


Richard Lee
1333 Broadway
San Francisco, CA 94109


Ricoh Americas Corp
PO Box 73683
Chicago, IL 60673-7983

Ridgway's
PO Box 16883
Philadelphia, PA 19142


Robert Brown
131 Winder Street
Detroit, MI 48201


Robert Casillas
1126 Shelter Creek Lane
San Bruno, CA 94066


Roosevelt Hattin, Jr.
5588 Fernhoff Rd
Oakland, CA 94619


Sage Construction & Real Estate
Sage CRE Forms
PO Box 230578
Portland, OR 97281


San Francisco Tax Collector
P.O. Box 7427
San Francisco, CA 94120-7427


Sewerage and Water Board of NO
625 St. Joseph St, Rm 136
New Orleans, LA 70165-6500


Sharron Garvin
5818 Highland Ave
Pennsauken, NJ 08110

```
Shell
PO Box 183019
Columbus, OH 43218-3019


Sheppard Mullin Richter & Hampton
333 South Hope St, 48th Floor
Los Angeles, CA 90071-1448


Simon Da Zhuang Li
716 O'Farrell St, #8
San Francisco, CA 94109


Simpson Gumpertz & Heger, Inc.
c/o Lorna Walker
Law Offices of Sweet & Walker, PC
6073 Mission St
Daly City, CA 94014-2007


Simpson Gumpertz & Heger, Inc.
The Landmark at One Market
Suite 600
San Francisco, CA 94105


Sparknight, Inc.
c/o CAC Real Estate Mgmt co
111 Sutter St, Ste 350
San Francisco, CA 94104


Sprint
PO Box 4181
Carol Stream, IL 60197-4181


Standard Office Systems
524 Richey Ave
W. Collingswood, NJ 08107
```

Staples Credit Plan
Dept 51-7810686385
PO Box 9020
Des Moines, IA 50368-9020


State of Nevada
Dept of ET&R
Employment Security Division
500 East Third St
Carson City, NV 89713-0030


State of New York
Albany County Clerk
County Court House, Rm 128
16 Eagle Street
Albany, NY 12207


Stephen Swinburne
1245 17th Ave
San Francisco, CA 94122


Steven Ross Fields
171 Mulholand Dr
Ripon, CA 95366


Strategic Value Solutions, Inc.
3100 S. Crenshaw Rd
Independence, MO 64057


Studion 4 Design
5013 E. Washington St, Ste 170
Phoenix, AZ 85034


Sun Blueprint, Inc.
2822 N. 32nd St, Ste 3
Phoenix, AZ 85008

Sun Devil Fire Equipment
2929 W. Claredon Ave
Phoenix, AZ 85017-4610


Sun Life Financial
PO Box 6168
Carol Stream, IL 60197-6168


Sun Life Financial
PO Box 7247-0381
Philadelphia, PA 19170-0381


Team Commercial Construction
253 Tewksbury Ave
Richmond, CA 94801


Teleset, Inc.
201 N. Civic Drive
Ste 110
Walnut Creek, CA 94596


Terrell Miller
2332 El Monte Dr
Oakley, CA 94561


The Attorney's Suite, Inc.
95 South Market Street, 3rd Floor
San Jose, CA 95113


The Hartford
PO Box 660916
Dallas, TX 75266-0916

The Mechanic's Bank
1999 Harrison St, Ste 810
Oakland, CA 94612


Timothy Hort
1219 Marin Ave
Albany, CA 94706


Trade Services
15445 Innovation Dr
San Diego, CA 92128-3432


Trans Engineering Group
201 Via la Paz
Greenbrae, CA 94904


Travelers
CL Remittance Center
Hartford, CT 06183-1008


Treasure Island Cherry Hill
1001 Church Rd
Cherry Hill, NJ 08002


U-Haul 26th and Indian School
2626 E. Indian School Rd
Phoenix, AZ 85016


United Site Services
PO Box 10169
Gulfport, MS 39505

United States of America ex. rel. Glumac
c/o Eric Francisconi
Barnes, Crosby, Fitzgerald & Zeman, LLP
18101 Von Karman Ave, Ste 120
Irvine, CA 92612


University Sports Publications
555 Bryant St
Dept 431
Palo Alto, CA 94301


Varesources
PO Box 6434
Carol Stream, IL 60197-6434


Verizon
PO Box 4833
Trenton, NJ 08650-4833


Vicki Anderson
9 Vista Del Sol
Mill Valley, CA 94941


Vornado Office Management, LLC
One Penn Plaza
17th Floor
New York, NY 10119


Vornado Office Management, LLC
210 Route 4 East
Paramus, NJ 07652


Walter E. Nelson, Jr.
712 East Main St, Ste 2A
PO Box 725
Moorestown, NJ 08057

Williams Scotsman
PO Box 91975
Chicago, IL 60693-1975


Williams, Adley & Co, LLP
1330 Broadway, Ste 1825
Oakland, CA 94612


Wilson Elser Moskowitz Edel
150 East 42nd St
New York, NY 10017-5639


Zeller & Wieliczko, LLP
Woodcrest Pavillion
Ten Melrose Ave, Ste 400
Cherry Hill, NJ 08003


Zurich Deductible Recovery Group
PO Box 6066-11
Hermitage, PA 16148-1066


Zurich North America
8734 Paysphere Circle
Chicago, IL 60674

# United States Bankruptcy Court
## Northern District of California

In re __Don Todd Associates, Inc.__

Debtor(s)

Case No. _____

Chapter __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Don Todd Associates, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__August 24, 2012__

Date

__/s/ Eric A. Nyberg__

__Eric A. Nyberg 131105__

Signature of Attorney or Litigant

Counsel for __Don Todd Associates, Inc.__

__Kornfield, Nyberg, Bendes & Kuhner, PC__

__1970 Broadway, Ste 225__
__Oakland, CA 94612__
__(510) 763-1000 Fax:(510) 273-8669__

# United States Bankruptcy Court
## Northern District of California

In re **Don Todd Associates, Inc.**

Debtor(s)

Case No. _____

Chapter **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Roosevelt Hattin**, declare under penalty of perjury that I am the **President** of **Don Todd Associates, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 30th day of April, 2012.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Roosevelt Hattin**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Roosevelt Hattin**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Roosevelt Hattin**, **President** of this Corporation is authorized and directed to employ **Eric A. Nyberg 131105**, attorney and the law firm of **Kornfield, Nyberg, Bendes & Kuhner, PC** to represent the corporation in such bankruptcy case."

Date **April 30, 2012**

Signed **/s/ Roosevelt Hattin**

**Roosevelt Hattin**

Resolution of Board of Directors
of
**Don Todd Associates, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter *7* of Title 11 of the United States Code;

Be It Therefore Resolved, that **Roosevelt Hattin**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter *7* voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Roosevelt Hattin**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Roosevelt Hattin**, **President** of this Corporation is authorized and directed to employ **Eric A. Nyberg 131105**, attorney and the law firm of **Kornfield, Nyberg, Bendes & Kuhner, PC** to represent the corporation in such bankruptcy case.

Date *April 30, 2012*

Signed _____
*/s/ Roosevelt Hattin*

_____ Signed _____